**William Clayton McKINNEDY, III, Plaintiff–Appellant,**

v.

**Ms. Brenda KEE–LIPPE, 041334 Officer; Sergeant Clark, A–2 Shift; Lieutenant G. Mackey; Captain Smith; C. Johnson; R. Miller; T. Smith; Thompson; M. Jones; Ford; D. Seward; J. Washington; J. McKaye; C. Reynolds; J. Armstrong; A. Sellars; P. Hough; A. Hardin; M. Coleman; G. Potoka; O. Shaheed; Robert Ward; D. Patterson; C. Long; Scarborough; N. Hughes, Jr.; E. Rowe; C. Cannon; S. Willis; B. Baker; H. McMaster; J. Ozmint; Rollings; T. Mutakabbir; J. Sligh, Jr.; R. Pittman, Defendants–Appellees.**

No. 12–6950.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 2, 2012.

William Clayton McKinnedy, III, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Clayton McKinnedy, III, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McKinnedy v. Kee–Lippe*, No. 6:10–cv–02298–HMH, 2012 WL 847306 (D.S.C. Mar 13, 2012 & Apr. 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*